**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Body Contour Ventures, LLC,[1] | Case No. 19-42510-pjs |
| Debtors. | Hon. Phillip J. Shefferly |

Body Contour Ventures, LLC and
American Aesthetic Equipment, LLC,

    Plaintiffs,                             Adversary Case No.

v.

ATC Investors, LP d/b/a

---

[1] Debtors cases are being jointly administered for procedural purposes only and include Debtors Body Contour Ventures, LLC, Case No. 19-42510, BCA Acquisitions, LLC, Case No. 19-42511, American Aesthetic Equipment, LLC, Case No. 19-42512, Knoxville Laser Spa LLC, Case No. 19-42513, LRX Alexandria, LLC, Case No. 19-42514, LRX Birmingham, LLC, Case No. 19-42515, LRX Charlotte, LLC, Case No. 19-42516, LRX Chicago, LLC, Case No. 19-42517, LRX Colorado Springs, LLC, Case No. 19-42518, LRX Dearborn, LLC, Case No. 19-42519, LRX East Lansing, LLC, Case No. 19-42520, LRX Grand Blanc, LLC, Case No. 19-42833, LRX Hoffman Estates, LLC, Case No. 19-42521, LRX Las Vegas Summerlin, LLC, Case No. 19-42522, LRX Mesa, LLC, Case No. 19-42523, LRX Naperville, LLC, Case No. 19-42524, LRX Novi, LLC, Case No. 19-42525, LRX Orland Park, LLC, Case No. 19-42526, LRX Plymouth-Canton, LLC, Case No. 19-42527, LRX Stone Oak, LLC, Case No. 19-42528, LRX Towson, LLC, Case No. 19-42530, LRX Troy, LLC, Case No. 19-42531, Premier Laser Spa of Greenville LLC, Case No. 19-42532, Premier Laser Spa of Indianapolis LLC, Case No. 19-42533, Premier Laser Spa of Louisville LLC, Case No. 19-42534, Premier Laser Spa of Pittsburgh LLC, Case No. 19-42535, Premier Laser Spa of St. Louis LLC, Case No. 19-42536, and Premier Laser Spa of Virginia LLC, Case No. 19-42537.

ATC Retail Owner, LP,

a Delaware limited partnership,

    Defendant.

_____/

# COMPLAINT

Plaintiffs Body Contour Ventures, LLC ("BCV") and American Aesthetic Equipment, LLC ("AAE"), through counsel, Wolfson Bolton PLLC, for their Complaint, allege:

## INTRODUCTION

Defendant is a landlord that currently possesses certain Cynosure, Venus, and Merz brand equipment. The equipment is owned by BCV and AAE and is significantly valuable to BCV's and AAE's estates. Despite demand and conversations with the landlord's counsel, the landlord refuses to turn over the equipment to BCV and AAE. BCV and AAE are now forced to file this Complaint to recover the equipment.

## PARTIES, JURISDICTION, AND VENUE

1. Defendant ATC Investors, LP d/b/a ATC Retail Owner, LP ("Landlord") is a Delaware limited partnership.

2. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

3. This is a core proceeding under 28 U.S.C. § 157(b).

4. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

5. Debtors' cases are being jointly administered for procedural purposes only.

## BACKGROUND

6. Debtors each commenced a voluntary case under Chapter 11 of Title 11 of the United States Code on February 22, 2019 ("Petition Date").

7. Debtors are continuing in possession of their property and are operating and managing their businesses as debtors-in-possession under 11 U.S.C. §§ 1107(a) and 1108.

8. On March 7, 2019, the United States Trustee appointed an official committee of unsecured creditors. [Case No. 19-42510, Docket No. 117].

9. Detailed facts about Debtors and the reasons for the commencement of their Chapter 11 cases are set forth in the *Declaration of Richard C. Morgan in Support of Chapter 11 Filings* [Case No. 19-42510, Docket No. 22], which is incorporated into this Motion by reference.

10. Non-debtor LRX Fort Worth, LLC ("Tenant") and Landlord are parties to a Retail Lease dated April 10, 2017, under which Tenant leases

certain real property from Landlord located at Alliance Town Center, Fort Worth, Texas.

11. Tenant is a subsidiary of BCV and operates under the LightRx brand, providing non-surgical cosmetic and aesthetic procedures such as body contouring, skin tightening, and laser hair removal using, among other things, Cynosure, Venus, and Merz brand equipment (collectively, "Equipment").

12. The Equipment is located at the leased premises or is otherwise in the possession, custody, or control of Landlord.

13. The Cynosure and Venus equipment is owned by AAE, while the Merz equipment is owned by BCV. (Exhibit 1).

14. Tenant does not own any of the Equipment. (Exhibit 2).

15. Landlord has locked Tenant out of the leased premises.

16. Despite demand by Debtors' counsel and conversations with Landlord's counsel, Landlord refuses to turn over the Equipment to BCV and AAE.

17. BCV and AAE are now forced to file this Complaint to have the Equipment returned.

## COUNT I – TURNOVER OF ESTATE PROPERTY

18. BCV and AAE incorporate by reference the allegations

contained in the previous paragraphs of this Complaint.

19. Under 11 U.S.C. § 541(a)(1), a debtor's estate is comprised of all legal or equitable interests of the debtor as of the commencement of the case.

20. Under 11 U.S.C. § 542(a), an entity, other than a custodian, in possession, custody, or control, during the case, of property that the debtor may use, sell, or lease under 11 U.S.C. § 363 must deliver to the debtor, and account for, such property or the value of such property.

21. The Equipment is property of BCV's and AAE's estates.

22. The Equipment is currently in the possession, custody, or control of Landlord.

23. The Equipment can be used, sold, or leased by BCV and AAE under 11 U.S.C. § 363.

24. The Equipment has significant value and is beneficial to BCV's and AAE's estates and their creditors, and will likely be included in any sale of BCV's and AAE's assets.

25. BCV and AAE are entitled to turnover of the Equipment from Landlord.

WHEREFORE, BCV and AAE respectfully request that the Court enter an order requiring Landlord to turn over the Equipment to BCV and

AAE and granting BCV and AAE such additional relief that is just and equitable.

## COUNT II – VIOLATION OF THE AUTOMATIC STAY

26. BCV and AAE incorporate by reference the allegations contained in the previous paragraphs of this Complaint.

27. Under 11 U.S.C. § 362(a)(3), a bankruptcy filing acts a stay of any act to obtain possession of property of the estate or to exercise control over property of the estate.

28. Despite actual notice of Debtors' bankruptcy cases, and conversations regarding the turnover of the Equipment, Landlord has exercised and continues to exercise control over the Equipment by refusing to turn over the Equipment.

29. Landlord is in violation of the automatic stay.

WHEREFORE, BCV and AAE respectfully request that the Court enter an order holding Landlord in violation of the automatic stay, requiring Landlord to turn over the Equipment to BCV and AAE, and granting BCV and AAE such additional relief as is just and equitable.

## COUNT III – CLAIM DISALLOWANCE

30. BCV and AAE incorporate by reference the allegations contained in the previous paragraphs of this Complaint.

31. Under 11 U.S.C. § 502(d), the court must disallow any claim of any entity from which property is recoverable under 11 U.S.C. § 542 unless such entity has turned over any such property for which it is liable.

32. BCV and AAE are entitled to turnover of the Equipment from Landlord under 11 U.S.C. § 542(a).

33. Landlord has not turned over the Equipment.

34. Any present or future claims of Landlord against BCV's or AAE's estates should be disallowed under 11 U.S.C. § 502(d).

WHEREFORE, BCV and AAE respectfully request that the Court disallow any present or future claims Landlord may have against BCV's and AAE's estates and grant BCV and AAE such additional relief as is just and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC
*Counsel for Debtors*

Dated: March 18, 2019

By: /s/ Anthony J. Kochis
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
    Thomas J. Kelly (P78754)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7107
Facsimile: (248) 247-7099
Email: akochis@wolfsonbolton.com

EXHIBIT 1

### DECLARATION OF RICHARD C. MORGAN ON BEHALF OF BODY CONTOUR VENTURES, LLC AND AMERICAN AESTHETIC EQUIPMENT, LLC

I, Richard C. Morgan, declare:

1. I am the Manager of Body Contour Ventures, LLC ("BCV") and American Aesthetic Equipment, LLC ("AAE"). I am familiar with the facts and circumstances set forth in this Declaration, and I am in all respects competent to make this Declaration.

2. This Declaration is based upon my personal knowledge.

3. BCV owns the Merz equipment used by LRX Fort Worth, LLC.

4. AAE owns the Venus and Cynosure equipment used by LRX Fort Worth, LLC.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2019

Executed in Oakland County, Michigan

_____
Richard C. Morgan

EXHIBIT 2

## DECLARATION OF RICHARD C. MORGAN
## ON BEHALF OF LRX FORT WORTH, LLC

I, Richard C. Morgan, declare:

1. I am the President of LRX Fort Worth, LLC ("Fort Worth"). I am familiar with the facts and circumstances set forth in this Declaration, and I am in all respects competent to make this Declaration.

2. This Declaration is based upon my personal knowledge.

3. Fort Worth does not own any of the Merz, Venus, or Cynosure equipment used in the Fort Worth location.

4. Body Contour Ventures, LLC owns the Merz equipment used in the Fort Worth location.

5. American Aesthetic Equipment, LLC owns the Venus and Cynosure equipment used in the Fort Worth location.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2019

_____
Richard C. Morgan

Executed in Oakland County, Michigan

{00080968.DOCX }